**Jerry Wayne RECTOR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 55622.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 26, 1989.

Michael Wade Clark, Union, for appellant.

William L. Webster, Atty. Gen., Ronald L. Jurgeson, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Jerry Wayne Rector, appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous and an extended opinion would have no precedential value. We therefore affirm the judgment pursuant to Rule 84.16(b).